12/21/15

Dear Abel Acosta, Clerk

To whom it may concern

I would like to know is there any new information concerning my case NO. 14-14-00868-CR, Ashley Tran. if possible please let me know if there's a developement.

Tran, Ashley
CCA NO. PD-0764-15
Trial Court Case No. 1410050

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

Thank you
Mrs Ashley Tran

Could you please ask the lawyer that my case why he stayed with personal photo's, the lawyers Name is Rodulfo francisco Cantu, not understanding why they haven't been returned to my family there very personal to me. Thank you I would like them Back. Ashley tn